IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02234-LTB-MEH

JOHN HANCOCK LIFE INSURANCE COMPANY,

      Plaintiff,

v.

BARBARA GORDON,
BUDDY GORDON, JR.,
RHONDA SIHLER,
JUSTIN GORDON,
JOSEPH GORDON, and
JOSEPH GORDON, as Personal Representative of the Estate of Buddy Gordon,

      Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 5 - filed January 28, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: January 29, 2009